**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CLIFTON B. WEBSTER, III | : | No.: 3:16-CV-2403 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| | : | |
| NANCY BERRYHILL, ACTING | : | |
| COMMISSIONER OF SOCIAL | : | |
| SECURITY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 14th day of March 2018, having conducted a *de novo* review, and no opposition having been filed in response to the report and recommendation of the magistrate judge **IT IS HEREBY ORDERED** that:

1. Magistrate Judge Joseph F. Saporito, Jr.'s January 22, 2018 Report and Recommendation, ECF No. 15, is ADOPTED in full.

2. The decision of the Commissioner of Social Security is AFFIRMED.

3. Judgment is entered in favor of Defendant and against Plaintiff.

4. The Clerk of Court is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge